UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                         CRIMINAL NO. 3:14CR114 DPJ-FKB

CHRISTOPHER RAYNARD KIDD

JURY VERDICT

We, the jury, as to Count One of the Indictment charging conspiracy to distribute 50 grams or more of actual Methamphetamine, find Defendant Christopher Raynard Kidd:

    ✓   guilty

    ___ not guilty.

We, the jury, as to Count Nine of the Indictment charging distribution of 50 grams or more of actual Methamphetamine, find Defendant Christopher Raynard Kidd:

    ✓   guilty

    ___ not guilty.

This the 21st day of October, 2015.